# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell: (917) 273-2693
nboxer@pkbllp.com

August 5, 2022

**By ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **US v. Abbas Saeedi
            22 cr 398**

Dear Magistrate Judge Parker:

    I respectfully request that the Court amend the conditions of Mr. Saeedi's pretrial release that the Court ordered on August 2 (Mr. Saeedi executed the Appearance Bond that same day), as follows: that Mr. Saeedi's permitted travel include, in addition to the Northern District of California, Eastern District of California, Eastern District of New York, and the Sothern District of New York (and points in between for travel to Court or counsel), the Central District of California, where Mr. Saeedi periodically travels (to the Los Angeles area) in connection with one of his businesses (including within the next two weeks). Mr. Saeedi was also hoping to take a day or two trip to Universal Studios or Disneyland with his children before they restart school later this month.

    Both Pretrial Services and the government have informed me that they have no objection to this application, modifying Mr. Saeedi's condition of release to add the Central District of California to his travel restrictions.

                         Respectfully submitted,

                         Nelson A. Boxer

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2022

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

08/05/2022