USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                          :
UNITED STATES OF AMERICA,        :
                                                          :
                    -v-                      :          1:22-cr-398-GHW-3
                                                          :
ABBAS SAEEDI,                          :          ORDER
                                                          :
                                   Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     A hearing with respect to defendant Abbas Saeedi is scheduled for August 18, 2023 at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: August 14, 2023
       New York, New York

                                                                             _____
                                                                             GREGORY H. WOODS
                                                                        United States District Judge