USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/3/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
                                       :
UNITED STATES OF AMERICA               :
                                       :   CONSENT PRELIMINARY ORDER
        - v. -                         :   OF FORFEITURE/
                                       :   MONEY JUDGMENT
ABBAS SAEEDI,                          :
                                       :   22 Cr. 398 (GHW)
                Defendant.             :
                                       :
-------------------------------------- x

WHEREAS, on or about July 21, 2022, ABBAS SAEEDI (the "Defendant"), among others, was charged in six counts out of a fourteen-count indictment, 22 Cr. 398 (GHW) (the "Indictment"), with conspiracy to commit securities fraud and wire fraud, in violation of Title 18, United States Code, Section 371 (Count Eight); securities fraud, in violation of Title 15, United States Code, Section 78j(b) and 78ff, 17 C.F.R. 240.10b-5, and Title 18, United States Code, Section 2 (Counts Ten through Twelve); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Thirteen); and conspiracy to obstruct justice, in violation of Title 18, United States Code, Section 371 (Count Fourteen);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Fourteen of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Fourteen, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Fourteen;

WHEREAS, on or about September 7, 2023, the Defendant pled guilty to Count Eight of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count Eight of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461, a sum of money equal to $691,104.73 in United States currency, representing proceeds traceable to the commission of the offense charged in Count Eight of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $691,104.73 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Eight of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Eight of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Noah Solowiejczyk and Adam Hobson, of counsel, and the Defendant and his counsel, Nick Oberheiden, Esq and William Newman, Esq., that:

1. As a result of the offense charged in Count Eight of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $691,104.73 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Eight of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ABBAS

SAEEDI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          1/3/24
    NOAH SOLOWIEJCZYK                          DATE
    ADAM HOBSON
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2473/1063


ABBAS SAEEDI

By: _____          1-3-2024
    ABBAS SAEEDI                               DATE


By: _____          1/3/24
    NICK OBERHEIDEN, ESQ.                      DATE
    WILLIAM NEWMAN. ESQ
    Attorneys for Defendant
    30 Wall Street, 8th Floor
    New York, NY 10005


SO ORDERED:

_____              January 3, 2024
HONORABLE GREGORY H. WOODS                    DATE
UNITED STATES DISTRICT JUDGE